# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF KATHRYN L. MENGES, | : | 1:13-cv-1156 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| STEVEN T. MILLER, Acting Commissioner of the Internal Revenue Service, | : | |
| Defendant. | : | |

# ORDER

## November 4, 2014

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 39) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 41) is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge